675 A.2d 1240

COMMONWEALTH of Pennsylvania, Respondent,

v.

Dino Martin RUCCI, Petitioner.

No. 0068 Capital Appeal Docket.

Supreme Court of Pennsylvania.

May 31, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 31st day of May, 1996, it is ordered that petitioner's emergency motion for a stay of execution is GRANTED until the expiration of the time allowed for filing a petition for certiorari with the United States Supreme Court. If a petition for certiorari is filed, the stay shall continue in effect until the United States Supreme Court rules on the petition.

FLAHERTY, J., did not participate in the consideration or decision of this matter.